# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTONIO CARLOS BELLOWS-
WABANIMKEE, A/K/A ANTONIO
BELLOWS,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 74211

FILED

NOV 29 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order "denying [appellant's] briefing requesting reduction to gross misdemeanor." Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Our preliminary review of the appeal and the documents on file revealed a potential jurisdictional defect. Specifically, it appeared that no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, we directed counsel for appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. In response, appellant's counsel states that she "does not oppose the dismissal of the appeal for lack of jurisdiction." Because no statute or court rule provides for an appeal from a district court order "denying [appellant's] briefing

17-41083

requesting reduction to gross misdemeanor," we lack jurisdiction over this appeal and we,

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc:   Hon. Michelle Leavitt, District Judge
      Clark County Public Defender
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A